John J. Hughes, Cal. State Bar #96481
LAW OFFICE OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
(415) 928-42000
(415) 928-4264 Fax
Email: jjhughes@oceanslaw.com
Attorney for Plaintiff
Kassem Saleh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KASSEM SALEH,<br><br>                Plaintiff,<br><br>    - vs -<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br><br>                Defendant. | **CASE NO.:** C 04 04526 CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; (PROPOSED) ORDER** |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F.R.C.P. Rule 41(a) and request the Court to order that this action be fully dismissed with prejudice, each party to bear its own costs.

Dated: November 1, 2005          LAW OFFICE OF JOHN J. HUGHES


                                 By:    /S/ John J. Hughes
                                        John J. Hughes
                                        Attorney for Plaintiff, Kassem Saleh
                                 [The filer of this document attests that concurrence in the filing of this document has been obtained from defendant's attorney below, and shall serve in lieu of his signature.]

Dated: November 1, 2005          EMARD, DANOFF, PORT & TAMULSKI, LLP


                                 By:    /S/ Eric Danoff
                                        Eric Danoff
                                        Attorneys for Defendant
                                        American Ship Management

IT IS SO ORDERED.

Dated: November 2, 2005



Judge Charles R. Breyer